UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RLP Ventures, LLC,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**Mosaic Learning, Inc.,**<br><br>                    Defendant. | Case No. 1:23-cv-09378-NRB<br><br>**Jury Trial Demanded** |

**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Having considered the letter brief of Defendant Mosaic Learning, Inc. ("Mosaic Learning") setting forth the parties' stipulated briefing schedule, the Court hereby ORDERS the following briefing schedule for Defendant's motion to dismiss Plaintiff RLP Ventures, LLC's ("RLP") Second Amended Complaint.

   Deadline for Mosaic Learning to file Motion to Dismiss: June 13, 2025
   Deadline for RLP to file Opposition to Motion to Dismiss: June 27, 2025
   Deadline for Mosaic Learning to file Reply in support of Motion to Dismiss: July 9, 2025

It is SO ORDERED.

SIGNED this day  2   of    May      2025.

_____
Honorable Naomi Reice Buchwald
UNITED STATES DISTRICT JUDGE
New York, New York