**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RLP VENTURES, LLC,

                             Plaintiff,

         -against-                            23 **CIVIL** 9378 (NRB)

                                                            **JUDGMENT**

MOSAIC LEARNING, INC.,

                             Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 3, 2026, defendant's motion to dismiss is granted in full and defendant's motion for sanctions is denied; accordingly, the case is closed.

**Dated:** New York, New York

       March 6, 2026

                                    **TAMMI M. HELLWIG**

                                      **Clerk of Court**

                  **BY:**           K. mango

                                      **Deputy Clerk**